## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ED TOBERGTE ASSOCIATES COMPANY d/b/a GEAR 2000, an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL CORPORATION, a Delaware corporation <br> Defendant. | Case No: 2:08-cv-02290-JWL-GLR |

### ANSWER OF PLAINTIFF/COUNTERCLAIM DEFENDANT TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIMS

Plaintiff/Counterclaim Defendant, Ed Tobergte Associates Company d/b/a Gear 2000 (hereinafter "Gear 2000"), by and through its attorneys, answers Defendant/Counterclaimant Russell Corporation's (hereinafter "Russell") Counterclaim for Declaratory Relief ("Counterclaim)" as follows:

1.  Gear 2000 admits Russell is a corporation organized and existing under the laws of the State of Delaware with a place of business at 3330 Cumberland Boulevard, Suite 800, Atlanta, Georgia 30339. Except as expressly admitted herein, Gear 2000 denies the allegations of paragraph 1 of the Counterclaim and demands strict proof thereof.

2.  Gear 2000 admits that it is an Ohio Corporation with principal places of business at 600 Main Street, Hays, Kansas 67601 and 13 Fern Court, Hilton Head, South Carolina 29928. Except as expressly admitted herein, Gear 2000 denies the allegations of paragraph 2 of the Counterclaim and demands strict proof thereof.

4818-1072-7683.1

3. Gear 2000 admits that the Counterclaim purports to be an action arising under the laws of the United States, § 35 U.S.C. 100, *et seq*. and the declaratory judgment provisions of 28 U.S.C. §§ 2201, 2202. Except as expressly admitted herein, Gear 2000 denies the allegations of paragraph 3 of the Counterclaim and demands strict proof thereof.

4. Gear 2000 admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Except as expressly admitted herein, Gear 2000 denies the allegations of paragraph 4 of the Counterclaim and demands strict proof thereof.

5. Gear 2000 admits there is an actual, substantial, and continuing justifiable controversy between the parties with respect to the infringement, validity, and enforceability of U.S. Patent No. 7,168,104 (the "'104 Patent").

6. Gear 2000 restates and incorporates the responses in paragraphs 1 through 5 above as though fully set forth in this paragraph 6.

7. All right, title and interest in and to the '104 Patent has been assigned to Gear 2000. Except as expressly admitted herein, Gear 2000 denies the allegations of paragraph 7 of the Counterclaim and demands strict proof thereof.

8. Gear 2000 denies the allegations of paragraph 8 and demands strict proof thereof.

9. Gear 2000 denies the allegations of paragraph 9 and demands strict proof thereof.

10. Gear 2000 restates and incorporates the responses in paragraphs 1 through 9 above as though fully set forth in this paragraph 10.

11. Gear 2000 denies the allegations of paragraph 11 and demands strict proof thereof.

12. Gear 2000 denies the allegations of paragraph 12 and demands strict proof thereof.

13. Gear 2000 denies the allegations of paragraph 13 and demands strict proof thereof.

14. Gear 2000 denies the allegations of paragraph 14 and demands strict proof thereof.

15. Gear 2000 denies the allegations of paragraph 15 and demands strict proof thereof.

16. Gear 2000 denies the allegations of the final unnumbered paragraph beginning "WHEREFORE" and further denies Russell's prayers for relief labeled (a) through (e). Gear 2000 denies that Russell is entitled to any relief or recovery whatsoever from Gear 2000 for the reasons set forth herein and elsewhere in this response.

Respectfully submitted,

By: s/Ginnie C. Derusseau/
   Ginnie C. Derusseau, KS #16988
   James J. Kernell #19559
   ERICKSON, KERNELL,
   DERUSSEAU & KLEYPAS, LLC
   800 West 47th Street
   Kansas City, Missouri 64112
   Phone: (816) 753-6777
   Fax:   (816) 753-6888
   ginnied@usapatlaw.com

   Of Counsel:
   John P. Passarelli, NE #16018
   Stephen J. Pedersen, NE #22465
   Kutak Rock LLP
   1650 Farnam Street
   Omaha, NE 68102
   Phone: (402) 346-6000
   Fax:   (402) 346-1148
   john.passarelli@kutakrock.com
   stephen.pedersen@kutakrock.com

   Attorneys for Plaintiff
   Ed Tobergte Associates Company
   d/b/a Gear 2000

## CERTIFICATE OF SERVICE

I hereby certify I hereby certify that on December 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Russell S. Jones, Jr.
>SHUGHART THOMSON & KILROY, P.C.
>120 West 12th Street, Suite 1600
>Kansas City, Missouri 64105
>rjones@stklaw.com
>Attorney for Defendant

>s/Ginnie C. Derusseau/
>Ginnie C. Derusseau
>Attorney for Plaintiff/Counterclaim Defendant