IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ED TOBERGTE ASSOCIATES COMPANY d/b/a GEAR 2000**, an Ohio corporation,<br><br>    **Plaintiff,**<br><br>v.<br><br>**RUSSELL CORPORATION**, a Delaware corporation,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER:<br>) 2:08-cv-02290-JWL-GLR<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR PROTECTIVE ORDER AS TO PLAINTIFF'S
NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANT RUSSELL CORPORATION**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and Local Rule 26.2, Defendant Russell Corporation ("Russell") respectfully moves this Honorable Court to enter a Protective Order staying the Rule 30(b)(6) corporate deposition of Russell noticed by Plaintiff Ed Tobergte Associates Company d/b/a Gear 2000 ("Gear 2000" or "Plaintiff") for March 5, 2009. In support of this motion, Russell states as follows:

1. On January 20, 2009, counsel for Plaintiff and Defendant held the Rule 26 Parties' Planning Meeting via teleconference to discuss each party's proposed discovery plans.

2. On January 21, 2009, Plaintiff served Russell with its first set of discovery requests as well as a 30(b)(6) deposition notice of Russell's corporate representative(s) to take place on March 5, 2009. Plaintiff did not confer with Russell's counsel regarding scheduling before it served the 30(b)(6) deposition notice.

3. In the parties' recently submitted Rule 26 Report of Parties' Planning Meeting, the parties agreed that Rule 26(a)(1) Initial Disclosures would be exchanged on March 9, 2009, a date after which Plaintiff has noticed the deposition of Russell's corporate representative(s).

1/1794541.1

4. Plaintiff's approach to seeking the deposition of Russell's corporate representative(s) at such an early stage in this action—prior to the exchange of Rule 26(a)(1) initial disclosures and less than one month following the Rule 16 Scheduling Conference—will almost certainly result in numerous discovery disputes that this Court will be forced to decide. For example, if the deposition takes place as noticed on March 5, 2009, Russell's corporate representative(s) will likely not be in a position to fully testify to the noticed topics of examination.[1] At this early stage of litigation, Russell's investigation into the underlying facts and circumstances of the claims is not complete. As a result, Plaintiff may attempt to notice a second deposition of Russell's corporate representative, which will operate to annoy and unduly burden Russell and to which Russell will be forced to object. *See Sentry Ins. v. Shivers*, 164 F.R.D. 255, 256 (D. Kan. 1996) (scheduling second deposition of same person without showing of good reason will generally support finding of annoyance and undue burden or expense). In sum, Russell believes Plaintiff's deposition notice is premature.

5. On Monday, February 2, 2009, counsel for Russell communicated the above concerns to Plaintiff's counsel in an attempt to resolve this dispute and reschedule the deposition of Russell's corporate representative(s) for a later date. However, Plaintiff's counsel would not agree to reschedule.

6. Russell is not refusing to offer up its corporate representative(s) in response to Plaintiff's 30(b)(6) deposition notice. However, Russell will not agree to offer up its corporate representative(s) on March 5, 2009, without an express understanding that Plaintiff will not be allowed to notice Russell's corporate representative(s) a second time. *See Sentry Ins.*, 164 F.R.D. at 256.

---

[1] Russell expressly reserves the right to object to the subject matter of Plaintiff's noticed topics of examination at a later point in time.

7.  If this Honorable Court deems it appropriate, counsel for Russell respectfully proposes that this issue be addressed at the upcoming Rule 16 Scheduling Conference on February 5, 2009. Under normal circumstances, counsel for Russell would have preferred to address this issue at the Scheduling Conference without filing this Motion. However, pursuant to the requirements of Local Rule 26.2, Russell has filed this Motion out of an abundance of caution in order to stay the deposition until this Court has an opportunity to consider Russell's concerns regarding Plaintiff's premature deposition notice.

WHEREFORE, Russell respectfully request the Court to enter an Order staying the deposition of Russell's corporate representative(s) until such reasonable time that the parties mutually agree upon, or in the alternative, allow the deposition of Russell's corporate representative(s) to proceed as noticed under the express understanding that Plaintiff will not be allowed to notice Russell's corporate representative(s) a second time.

Respectfully submitted,

/s/ Russell S. Jones

| Russell S. Jones, Jr. D. | Kan. #70814 |
|---|---|
| Richard P. Stitt | KS #14268 |
| Joshua M. McCaig | MO #56059 |

SHUGHART THOMSON & KILROY, P.C.
120 West 12th Street, Suite 1600
Kansas City MO 64105
Telephone: 816-421-3355
Facsimile: 816-374-0509
rjones@polsinelli.com
rstitt@polsinelli.com
jmccaig@polsinelli.com

<u>OF COUNSEL</u>
Joel M. Kuehnert
Nathan W. Johnson
Edward J. Everitt
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Fax: (205) 521-8800
jkuehnert@ba-boult.com
njohnson@ba-boult.com
eeveritt@ba-boult.com


ATTORNEYS FOR DEFENDANT
RUSSELL CORPORATION

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ginnie C. Derusseau
>James J. Kernell
>Erickson, Kernell, Derusseau & Kleypas, LLC
>4400 College Boulevard, Suite 130
>Overland Park, KS 66211
>Phone: (913) 339-9666
>Fax:    (913) 339-6061
>ginnied@usapatlaw.com
>
>John P. Passarelli, NE #16018
>Stephen J. Pedersen, NE #22465
>Kutak Rock LLP
>1650 Farnam Street
>Omaha, NE 68102
>Telephone:  (402) 346-6000
>Facsimile:   (402) 346-1148
>john.passarelli@kutakrock.com
>stephen.pedersen@kutakrock.com
>
>*Attorneys for Plaintiff Ed Tobergte Associates*
>*Company d/b/a Gear 2000*

/s/ Russell S. Jones
Attorney for Defendant Russell Corporation
