# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ED TOBERGTE ASSOCIATES COMPANY d/b/a GEAR 2000**, an Ohio corporation,<br><br>        **Plaintiff,**<br><br>v.<br><br>**RUSSELL CORPORATION**, a Delaware corporation, n/k/a **RUSSELL BRANDS, LLC**, a Delaware Limited Liability Company<br><br>        **Defendant.** | Case No.: 2:08-cv-02290-JWL-GLR |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Russell Corporation, n/k/a Russell Brands, LLC ("Russell") states that it has the following parent corporations and publicly held corporations that own 10% or more of its stock: Russell is a wholly-owned subsidiary of Union Underwear Company, Inc., which is a wholly owned subsidiary of Fruit of the Loom, Inc. Fruit of the Loom, Inc. is a wholly-owned subsidiary of Berkshire Hathaway, Inc., which is a publicly held company.

Respectfully submitted,

/s/ Russell S. Jones, Jr.

| | |
|---|---|
| Russell S. Jones, Jr. | KS #70814 |
| Richard P. Stitt | KS #14268 |
| Joshua M. McCaig | MO #56059 |

POLSINELLI SHUGHART PC
120 West 12th Street, Suite 1600
Kansas City MO 64105
Telephone: 816-421-3355
Facsimile: 816-374-0509

OF COUNSEL
Paul M. Sykes
Joel M. Kuehnert
Nathan W. Johnson
Edward J. Everitt
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Fax: (205) 521-8800
psykes@babc.com
jkuehnert@babc.com
njohnson@babc.com
eeveritt@babc.com

ATTORNEYS FOR DEFENDANT
RUSSELL BRANDS, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9th, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ginnie C. Derusseau
      James J. Kernell
      ERICKSON, KERNELL, DERUSSEAU& KLEYPAS, LLC
      4400 College Boulevard, Suite 130
      Overland Park, KS 66211
      Phone: (913) 339-9666
      Fax:     (913) 339-6061
      ginnied@usapatlaw.com

      John P. Passarelli, NE #16018
      Stephen J. Pedersen, NE #22465
      Kutak Rock LLP
      1650 Farnam Street
      Omaha, NE 68102
      Telephone:  (402) 346-6000
      Facsimile:  (402) 346-1148
      john.passarelli@kutakrock.com
      stephen.pedersen@kutakrock.com

      *Attorneys for Plaintiff Ed Tobergte Associates*
      *Company d/b/a Gear 2000*

      /s/  Russell S. Jones
      Attorney for Defendants