**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ED TOBERGTE ASSOCIATES COMPANY d/b/a GEAR 2000, an Ohio corporation,** | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 2:08-cv-02290-JWL-GLR |
| | ) |
| **RUSSELL CORPORATION, a Delaware corporation, n/k/a RUSSELL BRANDS, LLC, a Delaware limited liability company** | ) ) ) ) |
| **Defendant.** | ) ) |

**JOINT MOTION TO CONTINUE DEADLINE FOR MEDIATION**

Plaintiff Ed Tobergte Associates Company d/b/a Gear 2000 ("Gear 2000") and Defendant Russell Brands, LLC ("Russell") (collectively the "Parties") jointly and respectfully move this Honorable Court to enter an order amending the deadline in the Court's February 10, 2009, Scheduling Order for the parties to have completed mediation or ADR. In support of this joint motion, the Parties state as follows:

1. The Parties have exchanged settlement proposals in keeping with the Court's Scheduling Order, as amended. The current deadline for the parties to have completed mediation or ADR is May 1, 2009. By this motion, the parties request the Court to continue that deadline until certain discovery issues have been resolved.

2. Specifically, Russell believes that the likelihood of settlement is low, and therefore mediation would be unproductive, until it has obtained documents and taken the deposition of Ginnie Derusseau, the attorney who prosecuted the patent in suit, in support of Russell's defense of inequitable conduct. Russell has served subpoenas for this deposition and the documents. Ms. Derusseau has filed a Motion to Quash (Doc. 43) the testimonial subpoena

2491107.01

2

and has filed objections (Doc. 45) to the document production.  Russell will be filing an opposition to the motion to quash and a motion to compel the production of documents.

3. Although Gear 2000 disputes the propriety and scope of the testimonial subpoena and subpoena for document production, it does not wish to engage in mediation when the likelihood of settlement is low and, therefore, agrees that mediation should be postponed until the Court resolves the issues above.  The parties anticipate being able to schedule and conduct the mediation (and the referenced discovery, if allowed by the Court) within thirty (30) days of the Court's ruling on the Motion to Quash and Russell's anticipated motion to compel.

WHEREFORE, the Parties respectfully request the Court to enter an Order continuing the May 1, 2009, deadline for completing mediation or ADR until thirty (30) days following the Court's resolution of the motions referenced above.

Respectfully submitted,

| _/s/ John P. Passarelli_ | _/s/ Russell S. Jones_ |
|---|---|
| John P. Passarelli, NE #16018 | Russell S. Jones, Jr. D. Kan. #70814 |
| Stephen J. Pedersen, NE #22465 | Richard P. Stitt KS #14268 |
| Kutak Rock LLP | Joshua M. McCaig MO #56059 |
| 1650 Farnam Street | Polsinelli Shughart PC. |
| Omaha, NE 68102 | 120 West 12th Street, Suite 1600 |
| Telephone:  (402) 346-6000 | Kansas City MO 64105 |
| Facsimile:   (402) 346-1148 | Telephone: 816-421-3355 |
| john.passarelli@kutakrock.com | Facsimile: 816-374-0509 |
| stephen.pedersen@kutakrock.com | rjones@stklaw.com |
| | rstitt@stklaw.com |
| | jmccaig@stklaw.com |

2491107.01

Ginnie C. Derusseau #16988
Erickson, Kernell, Derusseau & Kleypas, LLC
800 West 47th Street, Suite 401
Kansas City, Missouri 64112
Telephone: (816) 753-6777
Facsimile: (816) 753-6888
ginnied@kcpatentlaw.com

**ATTORNEYS FOR PLAINTIFF**

Paul M. Sykes
Joel M. Kuehnert
Nathan W. Johnson
Edward J. Everitt
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Fax: (205) 521-8800
psykes@babc.com
jkuehnert@babc.com
njohnson@babc.com
eeveritt@babc.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ginnie C. Derusseau
James J. Kernell
Erickson, Kernell, Derusseau & Kleypas, LLC
4400 College Boulevard, Suite 130
Overland Park, KS 66211
Phone: (913) 339-9666
Fax:   (913) 339-6061
ginnied@usapatlaw.com

John P. Passarelli, NE #16018
Stephen J. Pedersen, NE #22465
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
stephen.pedersen@kutakrock.com

*Attorneys for Plaintiff Ed Tobergte Associates Company d/b/a Gear 2000*

       */s/ Russell S. Jones*
    Attorney for Defendant

2491107.01